CLARENCE F. KERR, Plaintiff-Appellee, *v.* THE POLICE BOARD OF THE CITY OF CHICAGO *et al.*, Defendants-Appellants.

(No. 55860; ▮▮▮▮▮▮▮▮▮

First District (3rd Division)—June 14, 1973.

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PER CURIAM.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan, Edmund Hatfield,, and Paul T. Foxgrover, Assistant Corporation Counsel, of counsel,) for appellants.

Coghlan and Joyce, of Chicago, for appellee.